IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHRISTOPHER DUNLAP, #109264 §
§
VS. § CIVIL CASE NO. 4:24-CV-01092-SDJ
§
CLAYTON BROOKS §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #18), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Plaintiff Christopher Lee Dunlap's civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED** without prejudice.  It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 18th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE